IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| CEDRIC BROWN,<br>Institutional ID No. 02381691<br><br>　　　　Plaintiff,<br><br>v.<br><br>RICK MARTINEZ, *et al.*,<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§　CIVIL ACTION NO. 5:23-CV-232-BV<br>§<br>§<br>§<br>§ |

**JUDGMENT**

It is **ORDERED** and **ADJUDGED** that Plaintiff's Complaint and all claims alleged therein are **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED.**

Dated: November 15, 2024.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　AMANDA 'AMY' R. BURCH
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE